UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH BEAMAN,<br><br>               Defendant. | Case No. CR22-100 JHC<br><br>DETENTION ORDER |

Mr. Beaman is charged with one count of possession with intent to distribute, 21 U.S.C. § 841(a)(1) and (b)(1)(B); one count of felon in possession of a firearm, 18 U.S.C. § 922(g)(1); and one count of carrying a firearm during and in relation to a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i). The Court held a detention hearing on August 1, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     There is a rebuttable presumption that there are no conditions that the Court can set to ensure that Mr. Beaman is not a flight risk or a danger to the community pursuant to 18 U.S.C. § 3142(e).

DETENTION ORDER - 1

2. Mr. Beaman poses a risk of nonappearance due to his history of failures to appear, absconding from state supervision, resisting arrest, ongoing criminal activity while other charges were pending, and prior criminal activity while under supervision.

3. Mr. Beaman poses a risk of danger due to the nature of the offense, the allegations of carrying a firearm in his pants at the time of his arrest and that he attempted to evade his arrest and a lengthy criminal history, and committing new crimes while under supervision.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Beaman's appearance at future court hearings while addressing the danger to other persons or the community.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Beaman as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Beaman shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Beaman shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Beaman

is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Beaman, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 1st day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge