UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KENNETH BEAMAN,<br><br>　　　　　Defendant. | No. CR22-100 JHC<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS |

　　　THE COURT has considered the motion of the defense to seal the exhibits to defendant's motion for temporary release. Dkt. # 30. The motion is noted for tomorrow, but the deadline to oppose it has passed, and no opposition has been filed. Thus, the Court now rules on the motion. For the reasons stated in that motion, the documents may be filed under seal.

　　　DONE this 6th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION SEAL EXHIBITS
(*USA v. Beaman CR22-100 JHC*) - 1