THE HONORABLE JUDGE CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH BEAMAN,<br><br>    Defendant. | No. CR22-100-JHC<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS |

Before the Court is Defendant's motion to seal certain exhibits associated with his motion for temporary release. Dkt. # 48. Being fully advised, the Court GRANTS the motion.

Dated this 9th day of June, 2023.

*John H. Chun*
_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION to SEAL
EXHIBITS
(*USA v. Beaman CR22-100 JHC*) - 1