UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BEAMAN,<br><br>Defendant. | NO. CR22-100 JHC<br><br>SECOND ORDER GRANTING EXTENSION OF TEMPORARY RELEASE ORDER |

This Court, having considered the defendant's unopposed Second Motion for extension of the Temporary Release Order entered at Docket 60, and the information provided by the parties at the hearing held on June 13, 2023,

FINDS that, pursuant to 18 U.S.C. § 3142(i), there is a compelling reason to extend the order temporarily releasing Mr. Beaman from custody to obtain necessary medical care that is not being provided at the Federal Detention Center.

Therefore,

IT IS ORDERED that Mr. Beaman shall be temporarily released from the Federal Detention Center for a period beginning on June 30, 2023. Mr. Beaman shall return to custody at the Federal Detention Center on July 18, 2023 by 10:00 a.m.

During the period of temporary release, Mr. Beaman shall be subject to the following conditions:

- He must not commit another federal, state or local crime.
- He must not unlawfully possess a controlled substance.

ORDER GRANTING TEMPORARY RELEASE- 1
*United States v. Beaman,* CR22-100 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- He must refrain from any unlawful use of a controlled substance.
- He must not knowingly leave the federal judicial district where he is authorized to reside without first getting permission from the court or the probation officer.
- He must answer truthfully the questions asked by probation officers.
- He must maintain residence as directed and not change residence without prior approval of the Probation Office or as directed by the Probation Office.
- He must not communicate or interact with someone known to engage in criminal activity. If he knows someone has been convicted of a felony, he must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
- If he is arrested or questioned by a law enforcement officer, he must notify the probation officer within 72 hours.
- He must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
- He must submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. He shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed by a physician and under the direction of Pretrial Services.
- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location

ORDER GRANTING TEMPORARY RELEASE- 2
*United States v. Beaman,* CR22-100 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

- He must follow the instructions of the probation officer related to the conditions of supervision.

DATED this __11th__ day of July, 2023.

*John H. Chun*
Hon. John H. Chun
United States District Judge

Presented by:

*/s Todd Greenberg*
WILLIAM DREHER
Assistant United States Attorney

*/s Peter Camiel*
PETER CAMIEL 12596
Attorney for Kenneth Beaman

ORDER GRANTING TEMPORARY RELEASE- 3
*United States v. Beaman,* CR22-100 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970