UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00100-JHC |
| Plaintiff, | ORDER |
| v. | |
| KENNETH BEAMAN, | |
| Defendant. | |

   This matter comes before the Court on Defendant's Motion to Reduce Sentence and for Compassionate Release. Dkt. # 65. The Court has reviewed the materials submitted by the parties in connection with the motion, pertinent portions of the record, and the applicable law.

   Given the circumstances currently presented, including the opinion of Kenneth Beaman's oncologist, Dr. Robert Levenson, and Mr. Beaman's request for dismissal or withdrawal of his motion without prejudice, the Court DISMISSES the motion without prejudice. Mr. Beaman may file another such motion if circumstances change as to warrant the request.

   /

   /

   /

ORDER - 1

Dated this 14th day of September, 2023.

John H. Chun
United States District Judge

ORDER - 2