UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNETH BEAMAN,<br><br>Defendant. | No. 2:22-cr-00100-JHC-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |

Before the Court is the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence. Dkt. # 80. The motion is noted for today and the Court has not received any response to it. For the reasons presented by the Government, but also to afford Defendant additional time to explore securing counsel (*see* Dkt. # 81), the Court GRANTS the Motion. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. # 77) on or before May 8, 2024. The Court DIRECTS the Clerk to renote that motion for May 8, 2024.

DATED this 3rd day of May, 2024.

JOHN H. CHUN
United States District Judge