1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

KENNETH BEAMAN,

Defendant.

NO. CR22-100-JHC

ORDER TO SEAL EXHIBIT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 Having read the Government's Motion to Seal Exhibit (Dkt. # 85) and because of the sensitive medical information contained in Exhibit A to the government's Opposition to Defendant's Second Motion to Reduce Sentence and for Compassionate Release (Dkt. 84), it is hereby ORDERED that the exhibit shall remain sealed.

 DATED this 20th day of May, 2024.

_____
JOHN H. CHUN
United States District Judge

ORDER TO SEAL EXHIBIT