UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BEAMAN,<br><br>Defendant. | CASE NO. 2:22-cr-00100-JHC<br><br>ORDER |

This matter comes before the Court on Defendant's Motion to Vacate Conviction and Sentence. Dkt. # 90. In his reply, Mr. Beaman asks the Court to dismiss or deny the motion, or allow it to be withdrawn. Dkt. # 94 at 1. Accordingly, for the reasons discussed in the Government's Response, Dkt. # 92, and the Court's previous order, Dkt. # 93, the Court STRIKES the motion.

Dated this 9th day of July, 2024.

John H. Chun
United States District Judge

ORDER - 1