UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-100-JHC |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT |
| KENNETH BEAMAN, | |
| Defendant. | |

THE COURT has considered the defense's motion to seal Exhibit 1 (Dkt. # 97), which is unopposed, and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 be filed under seal.

DONE this 5th day of August, 2024.

*[signature]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL EXHIBIT
(*U.S. v. Beaman,* CR24-100-JHC) - 1