UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNETH BEAMAN,<br><br>Defendant. | NO. CR22-100-JHC<br><br><br>ORDER TO SEAL EXHIBIT |

Having read the government's Motion to Seal Exhibit (Dkt. # 103), which is unopposed, and because of the sensitive medical information contained in Exhibit A to the government's Response to Defendant's Third Motion to Reduce Sentence and for Compassionate Release, it is hereby ORDERED that the exhibit shall remain sealed.

DATED this 5th day of August, 2024.

*signature*

JOHN H. CHUN
United States District Judge

ORDER TO SEAL EXHIBIT
*United States v. Beaman,* CR22-100-JHC