UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00100-JHC |
| Plaintiff, | ORDER |
| v. | |
| KENNETH BEAMAN, | |
| Defendant. | |

This matter comes before the Court on Defendant's Counseled Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)(i).  Dkt. # 98.  Defendant Kenneth Beaman moves the Court to reduce his 60-month sentence to time served, followed by four years of supervised release.  *See id.*  Plaintiff the United States of America does not oppose, deferring to the Court. Dkt. # 102 at 8.  After considering the factors provided in 18 U.S.C. 3553(a) and the applicable policy statements issued by the Sentencing Commission, and for the reasons argued by Mr. Beaman, *see* Dkt. ## 98, 105, the Court GRANTS the motion.

The Court hereby ORDERS that Mr. Beaman's term of imprisonment be reduced to time served.  Mr. Beaman shall serve the term of supervised release originally imposed at sentencing with the same standard and special conditions.  *See* Dkt. # 46.  This order is stayed for up to 14

ORDER - 1

days, for the verification of Mr. Beaman's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure Mr. Beaman's safe release.  Mr. Beaman shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for Mr. Beaman to travel.  There shall be no delay in ensuring travel arrangements are made.  If more than 14 days are needed to make appropriate travel arrangements and ensure Mr. Beaman's release, the parties shall immediately notify the Court and show cause why the stay should be extended.  Further, Mr. Beaman is ORDERED to contact the United States Probation Office within 24 hours of his release and follow its instructions.

Dated this 13th day of August, 2024.

John H. Chun
United States District Judge

ORDER - 2