UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-100 JHC |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT 1 |
| KENNETH BEAMAN, | |
| Defendant. | |

Having read the Government's Motion to Seal (Dkt. # 190) and because of the sensitive and personal information contained in Exhibit 1 (United States Probation Violation Report Memorandum),

It is hereby ORDERED that the Exhibit shall remain sealed.

DATED this 23rd day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order to Seal Exhibit 1 - 1
*United States v. Beaman* / CR22-100 JHC